No. 87–474. COLLIA ET AL. v. McJUNKIN CORP. Sup. Ct. App. W. Va. Certiorari denied.

No. 87–480. HEARD, SHERIFF v. CURRY. C. A. 5th Cir. Certiorari denied.

No. 87–481. LYONS v. JACKSON, JUDGE, COMMON PLEAS COURT, LAKE COUNTY, OHIO. C. A. 6th Cir. Certiorari denied.

No. 87–483. ATWOOD v. SIPPLE ET AL. Ct. App. Ga. Certiorari denied.

No. 87–487. WYOMING COMMUNITY DEVELOPMENT AUTHORITY ET AL. v. DURNING ET UX. C. A. 9th Cir. Certiorari denied.

No. 87–504. RICHENDOLLAR v. DIAMOND M DRILLING CO., INC. C. A. 5th Cir. Certiorari denied.

No. 87–506. NEW JERSEY v. DELUCA. Sup. Ct. N. J. Certiorari denied.

No. 87–566. GERMAN v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 87–567. WORTHINGTON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 87–597. ROBINSON v. SECRETARY OF TRANSPORTATION ET AL. C. A. 10th Cir. Certiorari denied.

No. 87–598. MARRAPESE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 87–5092. WATTS ET AL. v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 87–5106. WILSON v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 87–5126. McQUEEN v. GARRISON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.